■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS KAPATOS, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS BARRETT, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■    MAX E. GREENBERG, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ. [15 Misc 2d 422.]

■    SYLVIA LIPINSKY, as Administratrix of the Estate of LUCY GERMAN, Deceased, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendants. — Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ. [11 Misc 2d 734.]

■    DANIEL HUFF, Appellant, v. 306 WEST 80TH STREET CORP., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD E. MOORE, Appellant.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■    In the Matter of ALBERT TAMPELLINI, Petitioner, against STEPHEN KENNEDY, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. DAVID KAPLAN.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■    CHRISTOPHER R. TRIMBLE, Individually and as Administrator, v. CITY OF NEW YORK.— Motion to dismiss appeals granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HERNANDEZ.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH MULLINS, Indicted as JOHN ROGERS, Alias JOHN MORAN.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.